**Entered on Docket**
**December 18, 2009**

Hon. Linda B. Riegle
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan 2006-2
09-77253

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In Re:

Maria M. Hernandez

                    Debtor.

BK-S-09-28263-lbr

Date: 11/17/2009
Time: 10:30 am

Chapter 7

1

2

## ORDER VACATING AUTOMATIC STAY

3    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

4    above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

5    Secured Creditor Bank of America, National Association as successor by merger to LaSalle Bank

6    National Association, as Trustee for Morgan Stanley Mortgage Loan 2006-2, its assignees and/or

7    successors in interest, of the subject property, generally described as 4904 Jay Avenue, Las Vegas, NV

8    89130, and legally described as follows:

9

10    Lot FIFTENN (15) in Block FOUR (4) of ELSTNER ESTATES SUBDIVISION, as shown by Map there of on File in Book 3 of Plats, Page 86, in the Office of the County Recorder of Clark County, Nevada.

11

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall

give Debtor at least five business days' notice of the time, place and date of sale.

DATED this 8th day of December 2009

Submitted by:

**WILDE & ASSOCIATES**

By: /s/Gregory L. Wilde, Esq

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Michael R. Pontoni
64 N. Pecos Rd., #100
Henderson, NV 89014
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Timothy S. Cory
8831 West Sahara Ave.
Las Vegas, NV  89117
Chapter 7 Trustee

1

2      **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall

3    give Debtor at least five business days' notice of the time, place and date of sale.

4                    DATED this        day of _____2009

5    Submitted by:

6    **WILDE & ASSOCIATES**

7    By:____/s/Gregory L. Wilde, Esq____
     **Gregory L. Wilde, Esq.**
8    Attorney for Secured Creditor
     208 South Jones Boulevard
9    Las Vegas, Nevada 89107

10   APPROVED / DISAPPROVED

11   By:_____

12   Michael R. Pontoni
     64 N. Pecos Rd., #100
13   Henderson, NV 89014
     Attorney for Debtor(s)
14

15   Nevada Bar No:_____

16

     APPROVED / DISAPPROVED
17

     By:_____
18   Timothy S. Cory
     8831 West Sahara Ave.
19   Las Vegas, NV 89117
20   Chapter 7 Trustee

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021. the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections. and there is no trustee appointed in the case.

___✓___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
unrepresented parties who appeared at the hearing, and any trustee appointed in this case.
and each has approved or disapproved the order, or failed to respond, as indicated below
(list each party and whether the party has approved, disapproved, or failed to respond to the
document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ appeared at the hearing. waived the right to review the order

_____ matter unopposed. did not appear at the hearing. waived the right to review the order

Trustee:

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

Other Party:_____

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of
this proposed order were transmitted to Debtor's counsel and appointed trustee to which
they have not replied

Submitted by:

/s/ Gregory L. Wilde. Esq.

Gregory L. Wilde. Esq.

Attorney for Secured Creditor